UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH NOEL BARNES | CIVIL ACTION |
| VERSUS | NO. 18-1145 |
| UNIVERSITY MEDICAL CENTER | SECTION "I" (2) |

## DISMISSAL ORDER

During his Spears hearing on May 24, 2018, plaintiff stated under oath and orally agreed to (1) the limited appointment of a lawyer from the Civil Pro Bono Counsel Panel of this court to assist him with filing the pre-lawsuit administrative proceedings required before he may pursue his medical malpractice claims in state court; and (2) voluntary dismissal of his complaint asserting federal claims under Section 1983 with prejudice, expressly reserving his right to pursue his state law claims through the proper state law procedure in the state administrative proceedings and state court.

The magistrate judge has advised via minute entry that the state administrative proceedings contemplated by plaintiff's agreement and the appointment of counsel have commenced. Plaintiff's Spears testimony is considered a motion voluntarily to dismiss his federal claims under Section 1983 with prejudice and his state law claims without prejudice under Fed. R. Civ. P. 41(a)(2).

Accordingly, IT IS ORDERED that plaintiff's state law claims are hereby DISMISSED WITHOUT PREJUDICE, reserving his rights to pursue his medical malpractice claims in state court; his federal Section 1983 claims are DISMISSED WITH

PREJUDICE; and defendant's pending Motion to Dismiss, Record Doc. No. 15, is DISMISSED WITH<u>OUT</u> PREJUDICE AS MOOT.

New Orleans, Louisiana, this __12th__ day of __July__, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE